## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL BLUMENTHAL, )<br>)<br>    Plaintiff, )<br>v. ) | Civil Action No.: 08 C 0026 |
| ------------------------------------ ) | Judge Moran |
| )<br>LUCIEN DANIEL WENCEL, ) | Magistrate Judge Ashman |
| )<br>    Defendant ) | |

### NOTICE OF FILING

To: David A. Harley, Esq.
    77 W. Washington, Suite 1720
    Chicago, IL  60602

**PLEASE TAKE NOTICE** that on January 7, 2008, I filed LUCIEN DANIEL WENCEL'S ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

Respectfully Submitted,

_____s/ Charles J. Holley_____

Charles J. Holley
Law Offices of Charles J. Holley, P.C.
161 North Clark Street
Suite 4700
Chicago, Illinois  60601
(312) 960-0770

## **CERTIFICATE OF SERVICE**

    I hereby certify that have caused to be served a true and correct copy of the above and foregoing Notice of Removal to the above-listed individuals pursuant to the Court's Electronic Filing System this 7th day of January, 2008.

                                                             _s/Charles J. Holley_____
                                                                Charles J. Holley