IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, an individual, | ) | |
| | ) | **No.** 08 C 0026 |
| Plaintiff, | ) | |
| v. | ) | Judge Moran |
| | ) | |
| LUCIAN DANIEL WENCEL, an individual, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Charles J. Holley, Esq.
Law Offices of Charles J. Holley PC
161 N. Clark Street #4700
Chicago, IL   60601

**PLEASE TAKE NOTICE** that on **February 21, 2008**[1] at **9:00 A.M.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran, or any other judge sitting in his stead, in Courtroom 1843 of the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **PLAINTIFF'S MOTION TO REMAND**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

MICHAEL L. BLUMENTHAL, Plaintiff

BY:   /S   MARTIN A. BLUMENTHAL
**One of His Attorneys**

**MARTIN A. BLUMENTHAL, ESQ.**
**ATTORNEY FOR PLAINTIFF**
**1 NORTHFIELD PLAZA - SUITE 300**
**NORTHFIELD, IL   60093**
**(847) 441-2687**
**ATTORNEY I.D.# 6180069**

---

[1] The Plaintiff has scheduled the presentment of this motion for February 19, 2008, because the Plaintiff's counsel is unable to present this motion during the week of February 12, 2008.  According to the Court's website, the week of February 12, 2008 is the first available week for presenting motions.

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | ) SS: |
| **COUNTY OF C O O K** | ) |

## PROOF OF SERVICE BY ELECTRONIC MEANS

      The undersigned, being first duly sworn under oath, deposes and states that this notice and the motion mentioned therein were served on counsel for all parties in this matter by electronic means concurrent with the filing of the aforementioned with the Court's ECF/CM system.

**Date: January 14, 2008.**          S/        Martin A. Blumenthal

**MARTIN A. BLUMENTHAL, ESQ.**
**ATTORNEY FOR PLAINTIFF**
**1 NORTHFIELD PLAZA - SUITE 300**
**NORTHFIELD, IL   60093**
**(847) 441-2687**
**ATTORNEY I.D.# 6180069**