# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 26 | **DATE** | 2/21/2008 |
| **CASE TITLE** | MICHAEL L. BLUMENTHAL vs. LUCIAN DANIEL WENCEL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to remand [9] is granted. Case is remanded to the Circuit Court Of Cook County (Case No. 07 L 6543).

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|