

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Michael W. Dobbins**                                                                                     **(312) 435-7631**

**Clerk of Court**

March 25, 2008

**Second Request**

Charles I Holley, P C
General  Account
401 S. LaSalle Street, Suite 1401
Chicago, Illinois  60605

Attn. Mr. Holley,

Please be advised that payment for filing fee of case 08CV00026 we received on January 2,  2008, check # 1082 in the amount of $350.00 was returned to us from your bank for insufficient funds.  I have called you several times to inform you of this nsf check.   As of today I have not received any response from you.

Please immediately remit a cashier's check or money order in the amount of $395.00 ($350.00 plus $45.00 service fee).  Payable to: Clerk, U.S. District Court.  Please include with the check, the case number and the reason you are remitting the payment.
  If we do not receive payment within five days of receipt of this letter, this matter will be referred to Hon. Judge James B Moran

If you have any questions you may reach me at (312) 435-6067.  Thank you for your attention on this matter.

Sincerely,

s/Emilia Garcia

Emilia Garcia
Fiscal Department
U.S. District Court
219 S. Dearborn
Chicago, IL 60604


CC: Hon. Judge James B. Moran
      Nelida Finch, Operations Manager